**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**MID-SOUTH OUTLET SHOPS, LLC
c/o TANGER MANAGEMENT, LLC**                                                            **PLAINTIFF**

**v.**                                       **CIVIL ACTION NO.: 3:21-cv-256-MPM-JMV**

**C70 BUILDERS, INC.**                                                                   **DEFENDANT**

**v.**

**ABG CAULKING CONTRACTORS, INC., ET AL.**      **THIRD-PARTY DEFENDANTS**

## ORDER LIFTING STAY

This matter is before the court consistent with an order [78] entered on September 19, 2022, staying this case pending a ruling on the motion to dismiss and compel arbitration [76]. The District Judge granted the motion to dismiss and compel arbitration on April 20, 2023, wherein third-party defendants EMB Quality Masonry, LLC and Spec 7 Group, LLC were dismissed. Accordingly, the stay should be lifted, and this action may proceed.

       **IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED**.

       **SO ORDERED**, this the 24th day of April, 2023.

                                                             /s/ Jane M. Virden
                                                            **UNITED STATES MAGISTRATE JUDGE**