**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**MID-SOUTH OUTLET SHOPS, LLC
c/o TANGER MANAGEMENT, LLC**                              **PLAINTIFF**

**v.**                          **CIVIL ACTION NO.: 3:21-cv-256-MPM-JMV**

**C70 BUILDERS, INC.**                            **DEFENDANT**

**v.**

**ABG CAULKING CONTRACTORS, INC., *ET AL*.**      **THIRD-PARTY DEFENDANTS**

## SUPPLEMENTAL SCHEDULING ORDER

This matter is before the court for changes to the Case Management Order [15] as follows below.

7. **SCHEDULING DEADLINES**

   C. **Discovery.** All discovery must be completed by: January 3, 2024.

   D. **Amendments.** Motions for joinder of parties or amendments to the pleadings must be filed by: May 22, 2023.

   E. **Experts.** The parties' experts must be designated by the following dates:
      1. Plaintiff(s): October 3, 2023.
      2. Defendant(s): November 3, 2023.

8. **MOTIONS.** All dispositive motions and Daubert-type motions challenging another party's expert must be filed by: February 5, 2024.

   **SO ORDERED** this the 2nd day of May, 2023.

                                             /s/ Jane M. Virden
                                             UNITED STATES MAGISTRATE JUDGE